**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Robert McDowell, | Civil No. 06-3800 (RHK/AJB) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| I.C. System, Inc., | |
| Defendant. | |

---

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  July 26, 2007

>                                  s/Richard H. Kyle
>                                  RICHARD H. KYLE
>                                  United States District Judge